### 9899.   BIDDY *v.* THE STATE.

HARWELL, J.   1. The excerpt from the charge of the court, complained of in the special ground of the motion for a new trial, was authorized by the undisputed evidence in the case; it was a correct statement of the law and was not erroneous for any reason assigned.

2. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

Judgment affirmed.   *Broyles, P. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 1, 1918.

Indictment for violating prohibition law; from Cherokee superior court—Judge Morris.   May 20, 1918.

The instruction complained of was that "if the defendant knowingly had in his possession in Cherokee county any quantity of corn whisky, even a spoonful, since the approval of the prohibition act on March 28, 1917, he would be guilty under the law."

*John S. Wood, Fred Morris, H. B. Moss*, for plaintiff in error.

*Herbert Clay, solicitor-general*, contra.